
# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUNIOUS VITAL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1357 |
| | § | |
| NATIONAL OIL WELL VARCO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendants filed a motion for leave to file an amended exhibit list. (Docket Entry No. 125). The plaintiffs must file any opposition to the motion no later than September 8, 2015.

SIGNED on September 2, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge