IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUNIOUS VITAL, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-1357 |
| NATIONAL OIL WELL VARCO, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

  To facilitate the jury and trial scheduling the Clerk is ordered to provide a lunch meal for the jury on September 29, 2015. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

  SIGNED on September 29, 2015 at Houston, Texas.

*Lee H. Rosenthal*
Lee H. Rosenthal
United States District Judge