IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUNIOUS VITAL, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-12-1357 |
| NATIONAL OIL WELL VARCO, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on October 5, 2015, at Houston, Texas.

                                                 _____
                                                           Lee H. Rosenthal
                                                   United States District Judge