IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUNIOUS VITAL, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-1357 |
| NATIONAL OILWELL VARCO, *et al.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Under Federal Rule of Civil Procedure 58 and the jury's verdict of October 6, 2015, (Docket Entry No. 170), final judgment is entered for defendant National Oilwell Varco ("NOV"), ordering that the plaintiffs—Junious Vital, Damon Darby, Herbert Heard, Billy Rose, Jerome Johnson, Edward Jiles, DeWarren Bellard, and David Lane—take nothing from NOV. NOV has filed its bill of costs. (Docket Entry No. 200). The plaintiffs must file any objections within the period set by applicable law.

SIGNED on October 15, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

1